UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

STATE OF ARKANSAS ex rel.
DUSTIN McDANIEL, ATTORNEY GENERAL          PLAINTIFF

v.          CASE NO. 4:09cv00456 BSM

STORED VALUE MARKETING, INC.;
SVM, INC.; and BRUCE MIKE MONEYMAKER,
aka MIKE MONEYMAKER          DEFENDANT

## ORDER

Plaintiff, State of Arkansas ("Arkansas"), requests leave to effect service on defendant, Bruce Mike Moneymaker ("Moneymaker"), by warning order. [Doc. No. 10]. Federal Rule of Civil Procedure 4(e) allows for service of process to be made "following state law for serving a summons in an action brought in courts of general jurisdiction in the state where the district court is located or where service is made . . . " Arkansas Rule of Civil Procedure 4(f)(1) states "If it appears by the affidavit of a party seeking judgment or his or her attorney that, after diligent inquiry, the identity or whereabouts of a defendant remains unknown . . . service shall be by warning order issued by the clerk." Further, the warning order "shall . . . be published weekly for two consecutive weeks in a newspaper having general circulation in the county where the action is filed and to be mailed, with a copy of the complaint, to the defendant . . . at his or her last known address . . . " Ark. R. Civ. P. 4(f)(2).

The affidavit submitted by Kevin Wells, an assistant attorney general within the Public Protection Department of the Office of the Attorney General, establishes that

numerous attempts were made to serve Moneymaker at two separate addresses. A statement from BJ Cavins ("Cavins"), a registered California process server, is also submitted to the court. Cavins states that " . . . after due diligent effort I have been unable to effect personal service on . . . Mike Moneymaker." Arkansas has established that, after diligent inquiry, defendant's whereabouts are unknown.

Accordingly, the motion for service by warning order [Doc. No. 10] is granted. Arkansas is directed to submit a warning order to the Clerk of the Court. The Clerk of the Court will then issue the order, pursuant to Fed. R. Civ. P. 4(e) and Ark. R. Civ. P. 4(f).

IT IS SO ORDERED this 23rd day of April, 2010.

_____
UNITED STATES DISTRICT JUDGE