**The San Diego Union-Tribune.** **SIGNON** SAN DIEGO  **enlace.**  Classifieds

P.O. Box 120191, San Diego, CA 92112-0191

## AFFIDAVIT OF PUBLICATION

ARKANSAS ATTORNEY GENERAL'S OFFICE ARKANSAS
ATTORNEY GENERAL'S OFFICE
323 CENTER STREET, STE 200
ATTN: JESSICA HARRIS LEGAL SEC.
LITTLE ROCK, AR 72201

STATE OF CALIFORNIA} ss.
County of San Diego}

The Undersigned, declares under penalty of perjury under the laws of the State of California: That she is a resident of the County of San Diego. That she is and at all times herein mentioned was a citizen of the United States, over the age of twenty-one years, and that she is not a party to, nor interested in the above entitled matter; that she is Chief Clerk for the publisher of

**SignonMobile/The San Diego Union-Tribune**

a newspaper of general circulation, printed and published daily in the City of San Diego, County of San Diego, and which newspaper is published for the dissemination of local news and intelligence of a general character, and which newspaper at all the times herein mentioned had and still has a bona fide subscription list of paying subscribers, and which newspaper has been established, printed and published at regular intervals in the said City of San Diego, County of San Diego, for a period exceeding one year next preceding the date of publication of the notice hereinafter referred to, and which newspaper is not devoted to nor published for the interests, entertainment or instruction of a particular class, profession, trade, calling, race, or denomination, or any number of same; that the notice of which the annexed is a printed copy, has been published in said newspaper in accordance with the instructions of the person(s) requesting publication, and not in any supplement thereof on the following dates, to wit:

Apr 27, 2010, May 4, 2010

_____
Chief Clerk for the Publisher

5/5/10
Date

**Affidavit of Publication of**

Legal Advertisement
Ad # 0010377987
ORDERED BY: KEVIN WELLS

---

IN THE UNITED STATES DISTRICT COURT EASTERN DISTRICT OF ARKANSAS LITTLE ROCK DIVISION

No. 4:09-cv-00456-BSM

PLAINTIFF

STATE OF ARKANSAS ex rel.
DUSTIN McDANIEL, Attorney General

v.

DEFENDANTS

STORED VALUE MARKETING, Inc.; SVM, Inc.; and BRUCE MIKE MONEYMAKER, a/k/a MIKE MONEYMAKER

**WARNING ORDER**

To the Defendant, Bruce Mike Moneymaker, a/k/a Mike Moneymaker, you are warned to answer the complaint of the Plaintiff, State of Arkansas, ex rel. Dustin McDaniel, Attorney General, whose attorney is Kevin Wells, and whose address is 323 Center Street, Suite 500, Little Rock, Arkansas 72202. The complaint and summons shall be delivered to you or your attorney upon request, and a copy has been mailed to your last known address.

You must appear within 30 days from the date of first publication of this warning order or face judgment by default or be otherwise barred from asserting you interest.

Signed,
Joyce Plese
Deputy Clerk
April 23, 2010.
Kevin Wells
Ark Bar No. 2007213
Att'y General
323 Center Street, Suite 200 Little Rock, Ar 72201
Kevin.wells@arkansasag.gov
Phone: (501)682-2007