UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**STATE OF ARKANSAS** *ex rel.*
**DUSTIN McDANIEL, ATTORNEY GENERAL**                                      **PLAINTIFF**

v.                                  CASE NO. 4:09cv00456 BSM

**SVM, INC., STORED VALUE
MARKETING, INC., and BRUCE
MIKE MONEYMAKER, a/k/a MIKE
MONEYMAKER**                                                               **DEFENDANTS**

## ORDER

The State of Arkansas's motion for default judgment was granted on October 26, 2010, and the issue of damages was set for hearing. [Doc. No. 21]. At the November 10, 2010 damages hearing, the testimony of Stephen DiGiovanna, an investigator with the Attorney General's Office, established that $2,890,850.00 in fines, penalties, damages, costs and attorney's fees is reasonable.

Accordingly, defendants are hereby ordered to pay fines, penalties, damages, costs and attorney's fees to the State of Arkansas in the amount of $2,890,850.00, plus post-judgment interest at a rate of .22% per annum until paid.

IT IS SO ORDERED this 12th day of November, 2010.

_____
UNITED STATES DISTRICT JUDGE