UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**STATE OF ARKANSAS** *ex rel.*
**DUSTIN McDANIEL, ATTORNEY GENERAL**                    **PLAINTIFF**

**v.**                     **CASE NO. 4:09cv00456 BSM**

**SVM, INC., STORED VALUE
MARKETING, INC., and BRUCE
MIKE MONEYMAKER, a/k/a MIKE
MONEYMAKER**                                              **DEFENDANTS**

## JUDGMENT

Pursuant to the October 26, 2010 order granting default judgment, and the November 12, 2010 order awarding damages, judgment is entered for plaintiff against defendants in the amount of $2,890,850.00.

IT IS SO ORDERED this 12th day of November, 2010.

_____
UNITED STATES DISTRICT JUDGE